IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRAYLON RAY COULTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:22-CV-01459-G-BT |
| NFN JACKSON, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. By separate judgment, the plaintiff's claims will be dismissed without prejudice under FED. R. CIV. P. 41(b) for failure to prosecute or comply with court orders.

**SO ORDERED.**

September 13, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**